ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Phone: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and HEALTHY GULF, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOWARD LUTNICK, in his official capacity as Secretary of Commerce, *et al.*, <br><br> *Defendants*. | No. 1:20-cv-2047-FYP |

**FIFTH STIPULATION TO MODIFY THE STIPULATED SETTLEMENT AGREEMENT**

Defendants Howard Lutnick, in his official capacity as Secretary of Commerce; Eugenio Piñeiro Soler, in his official capacity as Assistant Administrator for Fisheries; National Marine Fisheries Service ("NMFS") and in his official capacity as Assistant Secretary of Commerce for Oceans and Atmosphere and as Deputy Administrator, National Oceanic and Atmospheric

Administration ("NOAA")[1]; and NOAA, and Plaintiffs Natural Resources Defense Council, Inc. and Healthy Gulf (collectively, the "Parties") hereby stipulate to an extension of NMFS's deadline to submit to the Federal Register for publication a final determination concerning the designation of critical habitat for the Rice's whale.[2] In support of this stipulation, the Parties state as follows:

1. On August 24, 2021, the Parties submitted a Joint Motion for Settlement Approval of a Stipulated Settlement Agreement ("Joint Motion"), wherein the Parties agreed that the Stipulated Settlement Agreement would resolve the allegations set forth in the Complaint. ECF No. 31;

2. The Parties agreed in the Stipulated Settlement Agreement that NMFS would submit to the Federal Register, no later than October 31, 2022, a determination pursuant to Section 4 of the Endangered Species Act ("ESA") concerning the designation of critical habitat for the Rice's whale and, if NMFS proposed to designate critical habitat, a proposed rule to designate critical habitat. ECF No. 31, Attach. 1; 16 U.S.C. § 1533(a)(3)(A)(i). Also, if NMFS published a proposed rule to designate critical habitat, it would submit to the Federal Register any final rule designating critical habitat for the Rice's whale no later than October 31, 2023. ECF No. 31; 16 U.S.C. § 1533(b)(6)(C);

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Howard Lutnick is automatically substituted for Gina Raimondo as Secretary of Commerce. Likewise, Eugenio Piñeiro Soler is automatically substituted for both Janet Coit as Assistant Administrator for Fisheries, NMFS and for Jainey K. Bavishi as Assistant Secretary of Commerce for Oceans and Atmosphere, NOAA.

[2] In 2019, NMFS listed the Gulf of Mexico Bryde's whale (*Balaenoptera edeni*) as an endangered subspecies under the ESA. 84 Fed. Reg. 15,446 (Apr. 15, 2019). In 2021, NMFS revised the common and scientific name of the listed entity to "Rice's whale" and "*Balaenoptera ricei*" respectively to reflect the new scientifically accepted taxonomy and nomenclature of the species. 86 Fed. Reg. 47,022 (Aug. 23, 2021). The original Stipulated Settlement Agreement referred to the species as the "Gulf of Mexico Bryde's whale."

3. On October 14, 2021, the Court issued an order granting the Parties' Joint Motion and approved the Stipulated Settlement Agreement as an enforceable order of the Court. ECF No. 32;

4. On October 24, 2022, the Parties submitted a Stipulation to Modify the Stipulated Settlement Agreement ("First Stipulation to Modify") wherein the Parties agreed that the Stipulated Settlement Agreement would resolve the allegations set forth in the Complaint. ECF No. 33;

5. The Parties agreed in the First Stipulation to Modify that NMFS would submit to the Federal Register, no later than July 15, 2023, a determination pursuant to Section 4 of the ESA concerning the designation of critical habitat for the Rice's whale and, if NMFS proposed to designate critical habitat, a proposed rule to designate critical habitat. ECF No. 33; 16 U.S.C. § 1533(a)(3)(A)(i). Also, if NMFS published a proposed rule to designate critical habitat, it would submit to the Federal Register any final rule designating critical habitat for the Rice's whale no later than June 15, 2024. ECF No. 33; 16 U.S.C. § 1533(b)(6)(C).

6. On October 26, 2022, the Court issued an order granting the First Stipulation to Modify. ECF No. 34;

7. On July 12, 2023, NMFS submitted proposed rule for designating the critical habitat for the Rice's whale ("Proposed Rule") to the Office of the Federal Register. On July 24, 2023, the Proposed Rule was published in the Federal Register. 88 Fed. Reg 47,453 (Jul. 24, 2023);

8. On April 30, 2024, the Parties submitted the Second Stipulation to Modify the Stipulated Settlement Agreement ("Second Stipulation to Modify") where the parties agreed to extend

    NMFS's deadline to submit the final rule designating the critical habitat for the Rice's whale ("Final Rule") to the Office of the Federal Register no later than August 30, 2024. ECF No 35; 16 U.S.C. § 1533(b)(6)(C);

9. On May 19, 2024, the Court issued an order granting the Second Stipulation to Modify. ECF No. 36;

10. On August 23, 2024, the Parties submitted the Third Stipulation to Modify the Stipulated Settlement Agreement ("Third Stipulation to Modify") where the Parties agreed to extend NMFS's deadline to submit the Final Rule to the Office of the Federal Register no later than December 2, 2024. ECF No. 37; 16 U.S.C. § 1533(b)(6)(C);

11. On September 20, 2024, the Court issued an order granting the Third Stipulation to Modify. ECF No. 38;

12. Finally, on November 27, 2024, the Parties submitted the Fourth Stipulation to Modify the Stipulated Settlement Agreement ("Fourth Stipulation to Modify") where the Parties agreed to extend NMFS's deadline to submit the Final Rule to the Office of the Federal Register no later than July 15, 2025. ECF No. 40; 16 U.S.C. § 1533(b)(6)(C);

13. And on December 3, 2024, the Court issued an order granting the Fourth Stipulation to Modify. ECF No. 41;

14. NMFS continues to make diligent progress on this complex Final Rule. NMFS, however, requires additional time to analyze the impact of the Rule and evaluate the science underlying it. As part of that process, NMFS plans to coordinate its efforts with the scientific and academic communities. Accordingly, the Parties have conferred, and have agreed to extend NMFS's deadline to submit the Final Rule to the Office of the Federal Register to no later than July 15, 2027. The Parties agree that they will meet and confer

regarding the status of the rulemaking to designate critical habitat for the Rice's whale in or near the first week of March 2026 and again in or near the first week of June 2026;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS AGREE TO MODIFY PARAGRAPH 2 OF THE STIPULATED SETTLEMENT AGREEMENT:

2. NMFS shall submit to the Office of the Federal Register any final rule designating critical habitat for the Rice's whale no later than July 15, 2027.

Dated: July 3, 2025

                                             Respectfully Submitted,

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 844-1898
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*/s/ Giulia C.S. Good Stefani*
GIULIA C.S. GOOD STEFANI
OR Bar No. 176368
(admitted *pro hac vice*)
Natural Resources Defense Council
P.O. Box 106
Mosier, OR 97040
Tel.: 310-434-2333
Fax: 415-875-6161
ggoodstefani@nrdc.org

LUCAS J. RHOADS
D.C. Bar No. 252693

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel.:  202-513-6242
Fax:  202-232-7203
lrhoads@nrdc.org

*Attorneys for Plaintiffs*

6