# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>HOWARD LUTNICK, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-2047 (FYP) |

## ORDER

Upon consideration of the parties' Fifth Stipulation to Modify the Stipulated Settlement Agreement, ECF No. 42, it is hereby **ORDERED** that the terms and conditions of the stipulation are adopted.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: July 3, 2025